UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-8169-GW(GJSx) | Date | December 5, 2017 |
|---|---|---|---|
| Title | *Pennymac Holdings, LLC v. Michael A. Meade, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS:     IN CHAMBERS - COURT ORDER**

The Court has received Plaintiff's Ex Parte Application for an Order Without Hearing Remanding Case Back to the Los Angeles County Superior Court Or, in the Alternative, for an Order Shortening Time on Motion to Remand Case [9]. The Court GRANTS the Ex Parte and Motion to Remand. The above-entitled action is remanded to the Los Angeles County Superior Court - Pasadena Courthouse forthwith.

:

Initials of Preparer    JG